**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

BANILLA GAMES, INC.,

               Plaintiff,

    v.

GOLD RUSH SKILLS LLC,

               Defendant.

Civil Action No. _____

## COMPLAINT

Plaintiff Banilla Games, Inc. ("**Plaintiff**" or "**Banilla**"), by counsel, states the following as its Complaint against Defendant, Gold Rush Skills LLC ("**Gold Rush Skills**" or "**Defendant**").

### Nature of the Case

1.     This is a commercial collection action arising from Defendant's failure to pay for amusement gaming devices, accessories, and services that Banilla designed, manufactured, and delivered to Defendant pursuant to a series of sales contracts. Despite accepting the Goods, receiving invoices consistent with the parties' course of dealing, and making limited partial payments, Defendant has refused to pay the outstanding balance of not less than $137,018.18, notwithstanding Banilla's repeated demands for payment.

### Parties

2.     Banilla is a corporation organized and existing under the laws of the State of North Carolina, with its principal place of business in Greenville, Pitt County, North Carolina. Banilla designs, develops, manufacturers, and distributes products for various board, nudge, skill, redemption, and amusement game markets.

3.      Defendant Gold Rush Skills is a limited liability company organized under the laws of the Commonwealth of Pennsylvania, with a principal office located at 1729 Markley Street, Norristown, Pennsylvania 19401. Gold Rush Skills' Registered Agent is William J. Kelly, with a registered agent office address of 1729 Markley Street, Norristown, Pennsylvania 19401. Upon information and belief, no member of Gold Rush Skills is a citizen of North Carolina, and Gold Rush Skills is therefore a citizen of a state other than North Carolina for purposes of diversity jurisdiction. Gold Rush Skills operates amusement gaming devices at locations within the Commonwealth of Pennsylvania and purchased the Goods at issue in this action for use in that business.

## Jurisdiction and Venue

4.      This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because complete diversity of citizenship exists between Banilla and Defendant as they are citizens of different states and the claims asserted herein exceed $75,000.00, exclusive of interest and costs.

5.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to Banilla's claims, including Defendant's receipt of the Goods at issue and its failure to pay for them, occurred in this district and pursuant to 28 U.S.C. § 1391(c)(2) because Defendant's principal place of business is located in this district.

## Facts

6.      Beginning on or about December 12, 2023, Banilla and Defendant entered into a series of sales contracts, evidenced by Defendant's purchase orders and Banilla's corresponding invoices, pursuant to which Banilla agreed to sell, and Defendant agreed to purchase, various amusement gaming devices, accessories, and related services (the "**Goods**") for use in Defendant's

2

amusement gaming business.  In accordance with the parties' agreement and consistent course of dealing, Banilla delivered the Goods and issued invoices to Defendant for the amounts due.

7.  Specifically, between December 12, 2023, and March 27, 2024, Banilla issued a series of invoices to Defendant (the "**Invoices**") for Goods sold and delivered pursuant to the parties' agreement. Copies of the Invoices are attached as **Exhibit 1**.

8.  After Defendant failed to pay the amounts due despite Banilla's repeated requests for payment, Banilla issued a statement of account dated May 29, 2026, to Defendant, reflecting the unpaid balances owed on the Invoices (the "**Statement**").

9.  A copy of the Statement is attached as **Exhibit 2**.  A summary of the amounts reflected in the Statement is set forth below:

| Statement Date | Description | Invoice Total | Invoice Balance |
|---|---|---|---|
| 12/12/2023 | Invoice # INV1127246 | $244,450.00 | $71,483.34 |
| 3/13/2024 | Invoice # INV1138276 | $57,505.00 | $57,505.00 |
| 3/27/2024 | Invoice # INV1140026 | $8,029.84 | $8,029.84 |
|  |  |  |  |
|  | **TOTAL** |  | **$137,018.18** |

10.  Defendant and Banilla entered into a valid and enforceable agreement, memorialized through Defendant's purchase orders and Banilla's corresponding invoices, whereby Defendant agreed to purchase the Goods from Banilla and to pay Banilla the agreed purchase price in accordance with the payment terms set forth in the Invoices.

11.  Despite accepting delivery of the Goods and making limited, partial payments toward the Invoices, Defendant has failed and refused to remit the outstanding balance due and owing, despite Banilla's repeated demands for payment.

12.　Banilla has fully performed all conditions, covenants, and obligations required of it under the parties' agreement, the Invoices, and the Statement, including by timely delivering the Goods described herein.

13.　Defendant has failed and refused to pay the full amount due and owing under the Invoices and the Statement by the due date, or at all, and has refused to make any further payments toward its outstanding debt to Banilla.

14.　As a direct and proximate result of Defendant's failure to pay, Banilla has suffered damages in an amount not less than One Hundred Thirty-Seven Thousand Eighteen and 18/100 Dollars ($137,018.18), together with pre- and post-judgment interest, costs, reasonable attorneys' fees as permitted by law and the parties' agreement.

## COUNT I - Breach of Contract

15.　Banilla realleges and incorporates each of the foregoing paragraphs by reference.

16.　As alleged above, Banilla and Defendant entered into a valid, binding, and enforceable agreement pursuant to which Defendant agreed to purchase the Goods from Banilla and to pay Banilla the agreed purchase price therefor.

17.　Defendant has materially breached its agreement with Banilla by failing to pay the amounts due and owing to Banilla under the Invoices and the Statement, totaling not less than $137,018.18.

18.　Banilla has fully and properly performed all of its obligations under the parties' agreement, including delivering the Goods, and has satisfied any and all conditions precedent to Defendant's obligation to pay.

19.　As a direct and proximate result of Defendant's breach of contract, Banilla suffered damages in an amount not less than One Hundred Thirty-Seven Thousand Eighteen and 18/100

Dollars ($137,018.18), exclusive of pre- and post-judgment interest, costs, and reasonable attorneys' fees to which Banilla is entitled under the parties' agreement and applicable law.

## COUNT II – *Quantum Meruit (in the alternative)*

20.     Banilla realleges and incorporates each of the foregoing paragraphs by reference.

21.     Banilla conferred a substantial benefit upon Defendant by selling and delivering various amusement gaming devices, accessories, and services to Defendant, for which Defendant has not paid.

22.     Defendant knowingly accepted and retained the benefit of the Goods delivered by Banilla, with full knowledge and appreciation that Banilla expected to be paid for them.

23.     The reasonable value of the benefits Banilla conferred upon Defendant is not less than One Hundred Thirty-Seven Thousand Eighteen and 18/100 Dollars ($137,018.18).

24.     Banilla has not received payment for the value of the benefits it has conferred upon Defendant.

25.     It would be inequitable and unjust for Defendant to retain the benefit conferred by Banilla without paying Banilla the full value thereof.

## COUNT III – Account Stated

26.     Banilla realleges and incorporates each of the foregoing paragraphs by reference.

27.     Banilla and Defendant agreed, through their course of dealing, that Defendant was indebted to Banilla in the amount of $137,018.18, as reflected in the Invoices and Statement issued by Banilla for the amusement gaming devices, accessories, and services delivered to Defendant. *See* copies of the Statement and Invoices are attached hereto and incorporated herein as **Exhibits 1 and 2**.

28.    Defendant received the Invoices and the Statement without objection, with the earliest Invoice received in December 2023, and has never disputed the accuracy of the amounts reflected therein.  Accordingly, Defendant has acknowledged and accepted the correctness of the account stated by failing to object within a reasonable time.

29.    Despite repeated demands for payment, Defendant has failed and refused to pay the amounts due and owing under the account stated.

30.    As a result of Defendant's failure to pay, Plaintiff has been damaged in an amount not less than One Hundred Thirty-Seven Thousand Eighteen and 18/100 Dollars ($137,018.18), exclusive of interest, costs, and attorneys' fees.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Banilla Games, Inc., respectfully requests that this Court enter judgment in its favor and against Defendant, Gold Rush Skills LLC, and award the following relief:

(a)    Award Banilla compensatory damages against Defendant in an amount not less than One Hundred Thirty-Seven Thousand Eighteen and 18/100 Dollars ($137,018.18);

(b)    Award Banilla its pre-judgment and post-judgment interest;

(c)    Award Banilla its reasonable attorneys' fees and costs incurred in this action, as permitted by the parties' agreement and applicable law; and

(d)    Award Banilla such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff, Banilla Games, Inc., hereby demands a trial by jury on all issues so triable, pursuant to Federal Rule of Civil Procedure 38(b).

Dated: July 15, 2026          **WHITEFORD, TAYLOR & PRESTON LLC**

*/s/ Bradley P. Lehman*
Bradley P. Lehman
PA Bar No. 319653
600 North King Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 353-4144
E-Mail: blehman@whitefordlaw.com

Stephen M. Faraci, Sr. (*Pro Hac Vice* Application
Forthcoming)
Robert N. Drewry (*Pro Hac Vice* Application
Forthcoming)
WHITEFORD, TAYLOR & PRESTON LLP
1021 E. Cary Street, Suite 2001
Richmond, Virginia 23219
Telephone: (804) 977-3307
Facsimile: (804) 977-3298
E-Mail: sfaraci@whitefordlaw.com
         rdrewry@whitefordlaw.com