**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**

Place of Accident, Incident, or Transaction:___Norristown, PA_____

---

***RELATED CASE IF ANY:*** Case Number:_____ Judge:_____

1.  Does this case involve property included in an earlier numbered suit?                                    Yes ☐

2.  Does this case involve a transaction or occurrence which was the subject of an earlier numbered suit?    Yes ☐

3.  Does this case involve the validity or infringement of a patent which was the subject of an earlier numbered suit?    Yes ☐

4.  Is this case a second or successive habeas corpus petition, social security appeal, or pro se case filed by the same individual?    Yes ☐

5.  Is this case related to an earlier numbered suit even though none of the above categories apply?         Yes ☐
    If yes, attach an explanation.

I certify that, to the best of my knowledge and belief, the within case ☐ **is** / ☒ **is not** related to any pending or previously terminated action in this court.

---

**Civil Litigation Categories**

| | |
|---|---|
| ***A.*** ***Federal Question Cases:*** | ***B.*** ***Diversity Jurisdiction Cases:*** |
| ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts) | ☒ 1. Insurance Contract and Other Contracts |
| ☐ 2. FELA | ☐ 2. Airplane Personal Injury |
| ☐ 3. Jones Act-Personal Injury | ☐ 3. Assault, Defamation |
| ☐ 4. Antitrust | ☐ 4. Marine Personal Injury |
| ☐ 5. Wage and Hour Class Action/Collective Action | ☐ 5. Motor Vehicle Personal Injury |
| ☐ 6. Patent | ☐ 6. Other Personal Injury (*Please specify*):_____ |
| ☐ 7. Copyright/Trademark | ☐ 7. Products Liability |
| ☐ 8. Employment | ☐ 8. All Other Diversity Cases: *(Please specify)*_____ |
| ☐ 9. Labor-Management Relations | _____ |
| ☐ 10. Civil Rights | |
| ☐ 11. Habeas Corpus | |
| ☐ 12. Securities Cases | |
| ☐ 13. Social Security Review Cases | |
| ☐ 14. Qui Tam Cases | |
| ☐ 15. Cases Seeking Systemic Relief **\*see certification below\*** | |
| ☐ 16. All Other Federal Question Cases. *(Please specify)*:_____ | |

I certify that, to the best of my knowledge and belief, that the remedy sought in this case ☐ **does** / ☒ **does not** have implications beyond the parties before the court and ☐ **does** / ☒ **does not** seek to bar or mandate statewide or nationwide enforcement of a state or federal law including a rule, regulation, policy, or order of the executive branch or a state or federal agency, whether by declaratory judgment and/or any form of injunctive relief.

---

**ARBITRATION CERTIFICATION (CHECK ONLY ONE BOX BELOW)**

I certify that, to the best of my knowledge and belief:

☐    Pursuant to Local Civil Rule 53.2(3), this case is not eligible for arbitration either because (1) it seeks relief other than money damages; (2) the money damages sought are in excess of $150,000 exclusive of interest and costs; (3) it is a social security case, includes a prisoner as a party, or alleges a violation of a right secured by the U.S. Constitution, or (4) jurisdiction is based in whole or in part on 28 U.S.C. § 1343.

☒    None of the restrictions in Local Civil Rule 53.2 apply and this case is eligible for arbitration.

NOTE: A trial de novo will be by jury only if there has been compliance with F.R.C.P. 38.